# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| EDWARD D. HAYES,<br><br>  Plaintiff,<br><br>v.<br><br>GOEASY LTD. d/b/a EASYFINANCIAL SERVICES, INC.,<br><br>  Defendants. | Case No : 1:18-cv-00826-RP<br><br>Honorable Judge Robert Pitman |

## AGREED STATUS REPORT ON SETTLEMENT

PLEASE TAKE NOTICE that EDWARD D. HAYES ("Plaintiff"), hereby notifies the Court that the Plaintiff is in the process of satisfying its respective obligations as prescribed by the terms of the settlement agreement. Accordingly, additional time is needed to finalize the settlement and file the dismissal papers. The Parties anticipate the stipulation of dismissal to be filed within 21 days of this status report.

Dated: January 7, 2019

By:/s/ *Marwan R. Daher*
Marwan R. Daher
SULAIMAN LAW GROUP, LTD.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 575-8181
mdaher@sulaimanlaw.com
*Attorney for Plaintiff*

1