IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EDWARD D. HAYES, | § | |
| Plaintiff, | § § § | |
| v. | § | 1:18-CV-826-RP |
| GOEASY LTD. d/b/a EASYFINANCIAL SERVICES, INC., | § § § § | |
| Defendant. | § § | |

## ORDER

On December 4, 2018, Plaintiff filed a notice of settlement. (Dkt. 7). In his notice, Plaintiff represents that the parties have agreed to settle all claims in this action and are in the process of completing the final closing documents and filing the dismissal. (*Id.*). The Court stayed this case until January 7, 2019. (Dkt. 8). On January 7, 2019, the parties notified the Court that additional time is needed to finalize the settlement agreement and file a stipulation of dismissal. (Dkt. 9).

In light of the status report, the Court **ORDERS** that this action is further **STAYED** until January 28, 2019. Plaintiff shall either file a stipulation of dismissal or a motion to extend the stay, advising the Court of their efforts to resolve this matter, no later than **January 28, 2019**.

**SIGNED** on January 8, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE